1  Edward D. Vaisbort, Esq. (SBN 136668)
   vaisbort@litchfieldcavo.com
2  Edward C. Hsu, Esq. (SBN 239296)     **JS-6**
   hsu@litchfieldcavo.com
3  LITCHFIELD CAVO LLP
   245 South Los Robles Avenue
4  Suite 450
   Pasadena, CA  91101
5  Tel:  (626) 683-1100
   Fax: (626) 683-1113
6
7  Attorneys for Defendant
   WELLS FARGO BANK, N.A., *erroneously
   sued as* WELLS FARGO BANK, N.A. as
8  Successor to SECURITY NATIONAL
   MORTGAGE COMPANY
9
                UNITED STATES DISTRICT COURT
10
                CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| ROXANNE D. JOHNSON,          )  | **Case No.:  CV10-5873 JHN (RCx)** |
|                              )  | |
| Plaintiff,                   )  | **[PROPOSED] ORDER DISMISSING ENTIRE ACTION DUE TO PLAINTIFF'S FAILURE TO FILE FIRST AMENDED COMPLAINT** |
|         v.                   )  | |
|                              )  | |
| WELLS FARGO BANK, N.A., a    )  | |
| California Corporation as Successor to ) | [Assigned to Hon. Jacqueline H. Nguyen] |
| SECURITY NATIONAL MORTGAGE   )  | |
| COMPANY, a Utah Corporation; )  | Courtroom:  790 |
| SECURITY NATIONAL MORTGAGE   )  | |
| COMPANY, a Utah Corporation; and Does ) | |
| 1 to 20, inclusive,          )  | |
|                              )  | |
| Defendants.                  )  | |
|                              )  | |

On August 24, 2010, the Court decided the Motion to Dismiss Plaintiff ROXANNE D. JOHNSON'S ("Plaintiff") Complaint Pursuant To Federal Rule of Civil Procedure 12(b)(6) of Defendant WELLS FARGO BANK, N.A., *erroneously sued as* WELLS FARGO BANK, N.A. as Successor to SECURITY NATIONAL  MORTGAGE COMPANY ("Defendant").  The Court noted that Plaintiff had not filed an opposition, deemed the Motion suitable for decision without oral argument, and dismissed all claims

-1-

1  against Defendant.  Plaintiff was granted leave to file an amended complaint by
2  September 20, 2010.
3      Plaintiff has failed to file a First Amended Complaint, otherwise amend her action,
4  or seek other relief within the period ordered by the Court.  Plaintiff is in violation of the
5  Court-ordered deadline.
6      IT IS THEREFORE ORDERED that the entire action is dismissed.

8  DATED:    September 27, 2010    _____
9                                  The Honorable Jacqueline H. Nguyen
                                    United States District Judge